## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger
Criminal No. 1:20-cr-00004-RGE-HCA-1   :   Clerk's Court Minutes – Plea

---

United States of America : Gov. Atty(s): Shelly Sudmann
    vs. : Def. Atty(s): Julie Frank
: Court Reporter: Chelsey Wheeler
JEROMY HEATH CLARK : Interpreter: N/A

---

| | |
|---|---|
| Date: July 29, 2020 | Indictment  ✔ Superseding Indictment   Information |
| Time Start: 12:04 p.m. | In  1  Count(s) – Code Violation: |
| Time End: 12:39 p.m. | 21:841(a)(1), 841(b)(1)(A), 846. Conspiracy to Distribute a Controlled Substance (Methamphetamine) (1ss) |

- ✔ Defendant sworn
- ✔ Defendant advised of potential perjury charges
- ✔ Plea Agreement filed
  - ✔ Defendant understands
  - ✔ Defendant agrees
- ✔ Defendant advised of nature of charges
- ✔ Defendant advised of elements
- ✔ Defendant satisfied with attorney
- ✔ Defendant advised of penalties
  - ✔ Maximum fine/incarceration
  - ✔ Mandatory minimum fine/incarceration
  -   Forfeiture/restitution
  - ✔ Supervised release
    - ✔ Maximum
    - ✔ Mandatory minimum
  - ✔ Mandatory Special Assessment
- ✔ No promises made regarding sentence
- ✔ Defendant advised of sentencing guidelines
- ✔ Defendant waives rights to jury trial
- ✔ Defendant advised of right to persist in not guilty plea

Defendant plea of guilty to Count(s): 1ss
Court findings:
- ✔ Factual basis
- ✔ Voluntariness
- ✔ Competency to plea
- ✔ Court accepts plea
-   Court rejects plea

Offense Conduct Statement due:
PSR to be disclosed to counsel:
Objections to PSR due:
Applicability of advisory guideline to the Court due: 10 days before sentencing
Sentencing date: December 9, 2020 at 11:00 a.m.
Custody status:
- ✔ Detention
-   Bond

---

Minutes:

Defendant appeared with counsel. The Court confirms Defendant has not been arraigned on the Second Superseding Indictment. Parties discuss changes present in Second Superseding Indictment. To the extent Defendant maintains a right to an initial appearance on the Second Superseding Indictment, Defendant waives that right. Defendant is sworn and pleads guilty to Count 1 of the Second Superseding Indictment. Court orders Government to file addendum to Second Superseding Indictment correcting an error. Court accepts plea. Defendant is ordered to remain in detention.

/s/ Shai D. Gonzales
Deputy Clerk