IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 1:20-CR-004 |
| v. | ) |
| | ) **PLEA AGREEMENT** |
| JEROMY HEATH CLARK, | ) **ATTACHMENT B** |
| | ) |
| Defendant. | ) |

The United States of America (also referred to as "the Government"), Defendant, JEROMY HEATH CLARK, and Defendant's attorney, enter into this Attachment B to the Plea Agreement.

1. The parties signed and filed a Plea Agreement in this case.

2. The parties agree that this Attachment B to the Plea Agreement should modify the Plea Agreement with the following stipulations:

    (a) Paragraph 8(a) should be amended to include the language, "Beginning as early as February 2019" the defendant entered into an agreement or understanding to distribute methamphetamine, to accurately encompass the timing the conspiracy alleged in the Second Superseding Indictment.

    (b) The parties agree that the remainder of the Plea Agreement is not modified by Attachment B.

3. <u>Defendant</u>. I have read all of this Attachment B to the Plea Agreement and have discussed it with my attorney. I fully understand the Attachment B to the Plea Agreement and accept and agree to it without reservation.

1

___7/29/20___  _____/s/ Jeromy Clark_____
Date                                      Jeromy Heath Clark

4.  **Defendant's Attorney.** I have read this Attachment B to this Plea Agreement and have discussed it in its entirety with my client.

___7-29-20___  _____/s/ Julie Frank_____
Date                                      Julie Frank
                                          Attorney for Jeromy Heath Clark
                                          209 South 19th Street, Suite 323C
                                          Omaha, NE 68102
                                          Telephone: (402) 346-2215
                                          Telefax: (402) 346-5920
                                          E-Mail: jfrank1@cox.net

5.  **United States.** The Government agrees to the terms of this Attachment B to the Plea Agreement.

                                          Marc Krickbaum
                                          United States Attorney

___7/29/2020___  By: _____/s/ Shelly Sudmann_____
Date                                      Shelly Sudmann
                                          Assistant U.S. Attorney
                                          8 South 6th Street, Suite 348
                                          Council Bluffs, Iowa 51501
                                          Telephone: 712-256-5009
                                          Telefax: 712-256-5112
                                          E-mail: Michael.duffy@usdoj.gov