IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

**RECEIVED**

OCT 07 2020

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:20-CR-004 |
| v. ) | |
| ) | **THIRD SUPERSEDING** |
| ) | **INDICTMENT** |
| JEROMY HEATH CLARK, ) | |
| MINDY MICHELLE WATTS, and ) | T. 21, U.S.C. §§ 841(a)(1), (b)(1)(A) |
| RICHARD ALAN HUFF ) | T. 21, U.S.C. § 846 |
| ) | |
| Defendants.[1] ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
(Conspiracy to Distribute a Controlled Substance)

From an unknown date, but beginning at least as early as January of 2018 and continuing up to and including March of 2020, in the Southern District of Iowa and elsewhere, defendants, JEROMY HEATH CLARK, MINDY MICHELLE WATTS, and RICHARD ALAN HUFF did knowingly and intentionally conspire with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing methamphetamine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

---

[1] This Third Superseding Indictment only applies to defendant MINDY MICHELLE WATTS as all other defendants listed have resolved their respective charges and are awaiting sentencing.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Possession with Intent to Distribute a Controlled Substance)

On or about October 10, 2019, in the Southern District of Iowa, the defendant, RICHARD ALAN HUFF, did knowingly and intentionally possess with the intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
### (Possession with Intent to Distribute a Controlled Substance)

On or about January 2, 2020, in the Southern District of Iowa, the defendant, RICHARD ALAN HUFF, did knowingly and intentionally possess with the intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**A TRUE BILL.**

                                                          FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Michael B. Duffy
Assistant United States Attorney