IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  1:20-cr-004 |
| v. | ) | |
| | ) | GOVERNMENT'S STATEMENT |
| JEROMY HEATH CLARK, | ) | PURSUANT TO LOCAL RULE 7 |
| MINDY MICHELLE WATTS, and | ) | REGARDING THE THIRD |
| RICHARD ALAN HUFF, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through its counsel, Michael Duffy, Assistant

United States Attorney for the Southern District of Iowa, and pursuant to Local Rule 7, advises

the Court and defense counsel as to the differences between the Second Superseding Indictment

filed July 28, 2020, and the Third Superseding Indictment filed October 7, 2020:

1.  The time frame of the Conspiracy in Count 1, has been expanded from February 2019 through March 2020, to the new dates of January 2018 through March 2020.

2.  The language "and 500 grams or more of a mixture or substance containing methamphetamine" has been added to Count 1.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: *S/Michael B. Duffy*

Michael B. Duffy
Assistant United States Attorney
8 South 6th Street, Suite 348
Council Bluffs, Iowa 51501
Telephone:  (712) 256-5009
E-mail:  Michael. Duffy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

___U.S. Mail ____ Fax ___Hand Delivery
_X__ECF/Electronic filing ___Other means

UNITED STATES ATTORNEY
By: __*/s/PAC*_____
    Paralegal Specialist